FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0355

_____

STATE OF MONTANA,

        Plaintiff and Appellee,

   v.                                       O R D E R

COLE MICHAEL JACOB,

        Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on November 12, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 13(2) requires that a signed original brief be filed with the Clerk of the Supreme Court. Temporary Electronic Filing Rule 10(a)(1) provides that where a hand signature would otherwise appear, each document filed electronically by a registered user may be signed in the format "/s/ Signer's Name." While Appellant's Certificate of Service contain a typed signature in compliance with Rule 10(a)(1), Appellant's electronically filed brief does not contain such signature on the brief itself.

M. R. App. P. 11(6)(b)(v) requires that both the cover page and first page of the brief contain the names, mailing addresses, telephone, fax numbers, and email addresses, if any, of all parties, including those not represented by counsel. Appellant's opening brief contains only the names of other parties to the appeal.

M. R. App. P. 11(4)(e) requires a certificate of compliance. Appellant's opening brief contains a signed certificate of compliance not signed by the attorney of record. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the

Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 13 2024